**EXHIBIT B**



# State of Florida
## Department of State

I certify from the records of this office that WATERMASTER OF AMERICA, INC. is a corporation organized under the laws of the State of Florida, filed on March 28, 1996.

The document number of this corporation is P96000027344.

I further certify that said corporation has paid all fees due this office through December 31, 2007, that its most recent annual report/uniform business report was filed on January 22, 2007, and its status is active.

I further certify that said corporation has not filed Articles of Dissolution.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Twenty fourth day of January, 2007



Kurt S. Browning
Secretary of State

CR2E022 (01-07)

www.sunbiz.org - Department of State
Page 1 of 2
Case 1:07-cv-06620-LTS-DCF   Document 1-3   Filed 07/23/2007   Page 3 of 4



# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**   **Next on List**   **Return To List**
**Events**   **Name History**

Entity Name Search

# Detail by Entity Name

## Florida Profit Corporation

WATERMASTER OF AMERICA, INC.

## Filing Information

| | |
|---|---|
| Document Number | P96000027344 |
| FEI Number | 593372515 |
| Date Filed | 03/28/1996 |
| State | FL |
| Status | ACTIVE |
| Effective Date | NONE |
| Last Event | NAME CHANGE AMENDMENT |
| Event Date Filed | 11/22/1996 |
| Event Effective Date | NONE |

## Principal Address

4905 34TH ST SOUTH
BOX 2000
ST. PETERSBURG FL 33711 US

Changed 05/02/1997

## Mailing Address

P.O. BOX 20746
NEW YORK NY 10021 US

Changed 03/21/2006

## Registered Agent Name & Address

SCHINK, ROSALIE K
4905 34TH STREET SOUTH
SUITE 2000
SAINT PETERSBURG FL 33711 US

Name Changed: 08/11/2005

Address Changed: 08/11/2005

## Officer/Director Detail

**Name & Address**

Title P

SCHINK, ROSALIE K
P.O. BOX 20746

NEW YORK NY 10021

## Annual Reports

**Report Year Filed Date**
**2005**        08/11/2005
**2006**        03/21/2006
**2007**        01/22/2007

## Document Images

01/22/2007 -- ANNUAL REPORT

03/21/2006 -- ANNUAL REPORT

08/11/2005 -- ANNUAL REPORT

02/16/2004 -- ANNUAL REPORT

02/12/2003 -- ANNUAL REPORT

02/13/2002 -- ANNUAL REPORT

02/01/2001 -- ANNUAL REPORT

03/20/2000 -- ANNUAL REPORT

03/02/1999 -- ANNUAL REPORT

02/10/1998 -- ANNUAL REPORT

05/02/1997 -- ANNUAL REPORT

**Note:** This is not official record. See documents if question or conflict.

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.