UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

APPLIED TECHNOLOGY LIMITED,

        Plaintiff,      07 Civ. 6620 ( LTS )

 - against -          **RULE 7.1 STATEMENT**

WATERMASTER OF AMERICA, INC.    **ECF CASE**

        Defendant.

------------------------------------------------x

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Watermaster of America, Inc. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party.

Dated: New York, New York
   July 23, 2007        Respectfully submitted,

              /s/ William R. Hansen
              William R. Hansen (WH-6446)
              Bernadette McGlynn Reilly (BR-4117)
              LATHROP & GAGE L.C.
              230 Park Avenue, Suite 1847
              New York, New York 10169
              (212) 850-6220
              Fax: (212) 850-6221