Bruce D. Johnson (BJ0375)
Johnson & Associates
950 Third Avenue, Suite 2602
New York, New York 10022
(212) 808-9100
Attorney for Plaintiff, Applied Technology Limited

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

_____

APPLIED TECHNOLOGY LIMITED,

                    Plaintiff,

    - against -

WATERMASTER OF AMERICA, INC.,

                    Defendant.

_____

07 CV 6620 (LTS)

**DEMAND FOR JURY TRIAL**

Plaintiff, Applied Technology Limited demands that all issues be determined by a jury.

Respectfully Submitted,

Bruce D. Johnson (BJ0375)
Attorney for Plaintiff, Applied Technology Limited
Johnson & Associates
950 Third Avenue, Suite 2602
New York, New York 10022
(212) 808-9100
(212) 808-5536 facsimile

1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff Applied Technology Limited's Demand for a Jury Trial was served on Defendant, this 25th day of July, 2007, by first class United States mail, to the following counsel of record:

William R. Hansen, Esq.
Lathrop & Gage, L.C.
230 Park Avenue, Suite 1847
New York, New York 10169

Bruce D. Johnson (BJ0375)
Attorney for Plaintiff, Applied Technology Limited
Johnson & Associates
950 Third Avenue, Suite 2602
New York, New York 10022
(212) 808-9100
(212) 808-5536 facsimile

2