Bruce D. Johnson (BJ0375)
Johnson & Associates
950 Third Avenue, Suite 2602
New York, New York 10022
(212) 808-9100
Attorney for Plaintiff, Applied Technology Limited

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
_____

APPLIED TECHNOLOGY LIMITED,

              Plaintiff,

- against -

WATERMASTER OF AMERICA, INC.,

              Defendant.
_____

07 CV 6620 (LTS)

**STATEMENT PURSUANT TO F.R.Civ.P. 7.1 (a)**

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, the undersigned attorney of record for Plaintiff, APPLIED TECHNOLOGY LIMITED, certifies that the following are corporate parents, subsidiaries or affiliates of that party:

Plaintiff, APPLIED TECHNOLOGY LIMITED, is a privately held corporation formed and licensed to do business in the Bailiwick of Jersey, a British Crown dependency, and all of its corporate parents, subsidiaries, and affiliates are privately held corporations formed and licensed to do business in the Bailiwick of Jersey, a British Crown dependency. Plaintiff itself has no parents, subsidiaries or affiliates the securities of which are publicly held.

Dated: New York, New York
       July 25, 2007

                                                  */s/ Bruce D. Johnson*
                                                  Bruce D. Johnson (BJ0375)

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff Applied Technology Limited's Statement Pursuant to F.R.Civ.P. 7.1 (a), this 25th day of July, 2007, by first class United States mail, to the following counsel of record:

William R. Hansen, Esq.
Lathrop & Gage, L.C.
230 Park Avenue, Suite 1847
New York, New York 10169

Bruce D. Johnson (BJ0375)
Attorney for Plaintiff, Applied Technology Limited
Johnson & Associates
950 Third Avenue, Suite 2602
New York, New York 10022
(212) 808-9100
(212) 808-5536 facsimile