UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
APPLIED TECHNOLOGY LIMITED,

          Plaintiff,

    -v-                                          07 Civ 6220 (LTS)
                                                **ECF CASE**

WATERMASTER OF AMERICA, INC.,

          Defendant.
------------------------------------x

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of August 2007, I electronically filed the foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT WATERMASTER OF AMERICA, INC.** with the Clerk of the United States District Court, Southern District of New York, using the CM/ECF system. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF Participant:

    Bruce D. Johnson, Esq.
    Johnson & Associates
    950 Third Avenue
    New York, NY 10022

Dated: New York, New York
       August 1, 2007                      Respectfully submitted,

                                                /s/ Bernadette McGlynn Reilly
                                                William R. Hansen (WH-6446)
                                                Bernadette McGlynn Reilly (BR-4117)
                                                LATHROP & GAGE L.C.
                                                230 Park Avenue, Suite 1847
                                                New York, New York 10169
                                                (212) 850-6220
                                                Fax: (212) 850-6221