Bruce D. Johnson (BJ0375)
Johnson & Associates
950 Third Avenue, Suite 2602
New York, New York 10022
(212) 808-9100
Attorney for Plaintiff Applied Technology and Counterclaim Defendants Fetter & Henderson (Pty) Ltd. and John Fetter

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

APPLIED TECHNOLOGY LIMITED,

    Plaintiff,

- against -

WATERMASTER OF AMERICA, INC.,

    Defendant.

---

WATERMASTER OF AMERICA, INC.

    Counter-Plaintiff,

- against -

APPLIED TECHNOLOGY LIMITED, JOHN FETTER, and FETTER & HENDERSON LTD

    Counter-Defendants.

---

07 CV 6620 (LTS)

**STATEMENT PURSUANT TO F.R.Civ.P. 7.1 (a)**

Pursuant to Rule 7.1 (a) of the Federal Rules of Civil Procedure, the undersigned attorney of record for Counterclaim Defendant FETTER & HENDERSON (PTY) LTD. certifies that the following are corporate parents, subsidiaries or affiliates of that party:

Counterclaim Defendant FETTER & HENDERSON (PTY) LTD. is a privately held company registered to do business under the laws of the Republic of South Africa, and all of its

corporate parents, subsidiaries, and affiliates are privately held corporations registered to do business under the laws of the Republic of South Africa. Counterclaim Defendant FETTER & HENDERSON (PTY) LTD. itself has no parents, subsidiaries or affiliates the securities of which are publicly held.

Dated: New York, New York
       September 13, 2007

                                              _____
                                              Bruce D. Johnson (BJ0375)

## CERTIFICATE OF SERVICE

I hereby certify that, on the 13th day of September, 2007, I electronically filed the foregoing Statement Pursuant to F.R.Civ.P. 7.1 (a) of Counterclaim Defendant Fetter & Henderson (Pty) Ltd.'s with the Clerk of the United States District Court, Southern District of New York, using the CM/ECF system and that a true copy of the foregoing Statement Pursuant to F.R.Civ.P. 7.1 (a) of Counterclaim Defendant Fetter & Henderson (Pty) Ltd. was mailed this 13th day of September, 2007, by first class United States mail, to the following counsel of record:

William R. Hansen, Esq.
Lathrop & Gage, L.C.
230 Park Avenue, Suite 1847
New York, New York 10169

_____
Bruce D. Johnson (BJ0375)
Attorney for Plaintiff Applied Technology Limited and Counterclaim Defendants Fetter & Henderson (Pty) Ltd. and John Fetter
Johnson & Associates
950 Third Avenue, Suite 2602
New York, New York 10022
(212) 808-9100
(212) 808-5536 facsimile