# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Applied Technology Limited ("ATL")

V.

Watermaster of America, Inc. v.
ATL, John Fetter, Fetter & Henderson, Ltd.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  07cv6620 (LTS)

TO: (Name and address of Defendant)

COUNTERCLAIM DEFENDANT

Fetter & Henderson, Ltd.
51 Mount Street
Bryanston, 2021
Johannesburg, South Africa

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Counterclaim Plaintiff's Attorney

William R. Hansen, Esq.
Lathrop & Gage, L.C.
230 Park Ave.
Suite 1847
New York, NY 10169

(ANSWER TO COUNTERCLAIMS DUE 20 DAYS AFTER SERVICE)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                             AUG 20 2007

CLERK                                          DATE

(By) DEPUTY CLERK

*[Stamp: SHERIFF SANDTON / 2 9 AUG 2007 / TEL: 781-3445]*

Case No. 07CV6620 (LTS)

**In the matter between:**

WATERMASTER OF AMERICA INC

**Plaintiff**

**and**

FETTER & HENDERSON LTD

**Defendant**

## RETURN: SERVICE OF SUMMONS

**IT IS HEREBY CERTIFIED:**

That on 30 August 2007 at 11h00 at 51 MOUNT STREET, BRYANSTON, JOHANNESBURG, 2021 being the principal place of business of FETTER & HENDERSON LTD, a copy of the SUMMONS and Amended Answer and Counterclaims of Defendant Watermaster of America Inc was served to Mr J. Fetter, director, a responsible employee of FETTER & HENDERSON LTD, after the original document was displayed and the nature and contents thereof explained to him. Mr J. Fetter a person apparently not less than sixteen years of age and in the employ of FETTER & HENDERSON LTD accepted service. Rule 4[1](a)(v).

**SHERIFF CHARGES/EXPENSES:**   (You may require that this account be taxed and vouched before payment)

| Description | Tariff | QTY | Amount | Description | Tariff | QTY | Amount |
|---|---|---|---|---|---|---|---|
| Service | 35.00 | 1 | 35.00 | | | | |
| Photo Copies | 1.50 | 4 | 6.00 | | | | |
| Registration & Return | 22.40 | 1 | 22.40 | | | | |
| Postage (353X250mm) | 4.29 | 1 | 4.29 | | | | |
| Travelling. | 2.00 | 38 | 76.00 | | | | |
| Urgent Service | 200.00 | 1 | 200.00 | | | | |

| | |
|---|---|
| Zero rated items | 0.00 |
| Sub-total | 343.69 |
| VAT | 48.12 |
| Total | 391.81 |

**TO:**

Account No.: AADAMS0000
**TO:** ADAMS & ADAMS ATTORNEYS (PRETO

Dx - 81 PRETORIA

Your Reference: L30093/CKJ/CVR

Mr E Coetzee - Deputy Sheriff
(Properly appointed in terms of Section 6(1) of the Sheriff's Act No. 90/1986)
Signed at Sandton on 31/08/07
My Reference: 2007/00/18479.00   / SCC

**Acting Sheriff Sandton - Ms. M.E. de Kock**
**Private Bag X9903, Sandton, 2146**
**Tel: +27-11-781-3445**
**Fax: +27-11-781-3451**

# UNITED STATES DISTRICT COURT

<u>Southern</u> District of <u>New York</u>

APPLIED TECHNOLOGY LIMITED ("ATL")

**SUMMONS IN CIVIL ACTION**

V.

WATERMASTER OF AMERICA, INC. v.
ATL, JOHN FETTER, FETTER & HENDERSON, LTD

CASE NUMBER: 07cv6620 (LTS)

**TO:** COUNTERCLAIM DEFENDANT

Fetter & Henderson, Ltd.
51 Mount Street
Bryanston, 2021
Johannesburg, South Africa

### I, EUGENE COETZEE

hereby make oath and say

I, am an adult male and am appointed as Deputy Sheriff for the district of Sandton, and am in the employ of M. E. De Kock, Sheriff for Sandton-Midrand who is duly appointed by the Minister of Justice in terms of Section 64 of Act 90 of 1986 in the High Court of South Africa and am thereby empowered to serve process issued out of the High Court within the jurisdiction of Sandton.

It is hereby certified that on this the 30th day of August 2007 at 11h00 at 51 Mount Street, Bryanston, Johannesburg, 2021, Johannesburg, South Africa being the principal place of business of Fetter & Henderson Ltd, a copy of the Summons and Amended Answer and Counterclaims of Defendant Watermaster of America Inc was served to Mr J. Fetter, director, a responsible employee of Fetter & Henderson Ltd, after the original document was displayed and the nature and exigency thereof explained to him. Mr J. Fetter a person apparently not less than sixteen years of age and in the employ of Fetter & Henderson Ltd accepted service.

SIGNED AT SANDTON ON THIS THE ___3rd___ DAY OF ___September___ 2007.

_____
**EUGENE COETZEE**
**DEPUTY SHERIFF**
**SANDTON-MIDRAND**

I certify that the Deponent has acknowledged that he knows and understands the contents of this declaration, which was sworn to before me and the deponent signature was placed thereon in my presence.

He answered as follows upon being asked the following questions:

Do you know and understand the contents of the above declarations?

Answer : _Yes_

Do you object to taking the prescribed oath?

Answer : _No_

Do you consider the prescribed oath binding upon your conscience?

Answer : _Yes_

_____
**COMMISSIONER OF OATHS**

ALETTA CATHERINA MAGRIETA HART
SHERIFF - RANDBURG
EX-OFFICIO COMMISSIONER OF OATHS
9 ST. GILES STREET
KENSINGTON B
TEL: (011) 787-5980

Sworn to and signed at Sandton on this the __3rd__ day of __September__ 2007.

2