✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

Applied Technology Limited ("ATL")

**SUMMONS IN A CIVIL ACTION**

V.

Watermaster of America, Inc.  v.
ATL, John Fetter, Fetter & Henderson, Ltd.

CASE NUMBER:   07cv6620 (LTS)

TO: (Name and address of Defendant)

COUNTERCLAIM DEFENDANT

Mr. John Fetter
51 Mount Street
Bryanston, 2021
Johannesburg, South Africa

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Counterclaim Plaintiff's Attorney

William R. Hansen, Esq.
Lathrop & Gage, L.C.
230 Park Ave.
Suite 1847
New York, NY 10169

(ANSWER TO COUNTERCLAIMS DUE 20 DAYS AFTER SERVICE)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

AUG 2 0 2007

J. MICHAEL McMAHON

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

SHERIFF SANDTON
2 9 AUG 2007
TEL: 781-3445

Case No.   07CV6620 (LTS)

**In the matter between:**

WATERMASTER OF AMERICA INC

**Plaintiff**

**and**

MR JOHN FETTER

**Defendant**

---

## RETURN: SERVICE OF SUMMONS

**IT IS HEREBY CERTIFIED:**

That on 30 August 2007 at 11h03 at 51 MOUNT STREET, BRYANSTON, JOHANNESBURG, 2021 being the Defendant's place of business a copy of the SUMMONS and Amended Answer and Counterclaims of Defendant Watermaster of America Inc was served to, MR JOHN FETTER personally after the original document was displayed and the nature and contents thereof explained to him. Rule 4(1)(a)(i).

**SHERIFF CHARGES/EXPENSES:**    (You may require that this account be taxed and vouched before payment)

| Description | Tariff | QTY | Amount | Description | Tariff | QTY | Amount |
|---|---|---|---|---|---|---|---|
| Service | 35.00 | 1 | 35.00 | | | | |
| Registration & Return | 22.40 | 1 | 22.40 | | | | |
| Postage (353X250mm) | 4.29 | 1 | 4.29 | | | | |
| Urgent Service | 200.00 | 1 | 200.00 | | | | |

| | | |
|---|---|---|
| Zero rated items | | 0.00 |
| Sub-total | | 261.69 |
| VAT | | 36.64 |
| **Total** | | **298.33** |

TO:

| | |
|---|---|
| **TO:** | **Account No.: AADAMS0000**<br>ADAMS & ADAMS ATTORNEYS (PRETO<br><br>Dx - 81 PRETORIA |

**Mr E Coetzee - Deputy Sheriff**
(Properly appointed in terms of Section 6(1) of the Sheriff's Act No. 90/1986)
Signed at Sandton on 31/08/07
My Reference: 2007/00/18480.00    / SCC

**Acting Sheriff Sandton - Ms. M.E. de Kock**
**Private Bag X9903, Sandton, 2146**
**Tel: +27-11-781-3445**
**Fax: +27-11-781-3451**

Your Reference:  L30093/CKJ/CVR

# UNITED STATES DISTRICT COURT

<u>Southern</u>                    District of                    <u>New York</u>

APPLIED TECHNOLOGY LIMITED ("ATL")

**SUMMONS IN CIVIL ACTION**

V.

WATERMASTER OF AMERICA, INC. v.
ATL, JOHN FETTER, FETTER & HENDERSON, LTD

CASE NUMBER: 07cv6620 (LTS)

**TO:**    COUNTERCLAIM DEFENDANT

Mr John Fetter
51 Mount Street
Bryanston, 2021
Johannesburg, South Africa

### I, EUGENE COETZEE

hereby make oath and say

I, am an adult male and am appointed as Deputy Sheriff for the district of Sandton, and am in the employ of M. E. De Kock, Sheriff for Sandton-Midrand who is duly appointed by the Minister of Justice in terms of Section 64 of Act 90 of 1986 in the High Court of South Africa and am thereby empowered to serve process issued out of the High Court within the jurisdiction of Sandton.

It is hereby certified that on this the 30th day of August 2007 at 11h03 at 51 Mount Street, Bryanston, Johannesburg, 2021, Johannesburg, South Africa being the residential address of Mr John Fetter, a copy of the Summons and Amended Answer and Counterclaims of Defendant Watermaster of America Inc was served to him, personally, after the original document was displayed and the nature and exigency thereof explained to him.

SIGNED AT SANDTON ON THIS THE ___3ᵃⁿᵈ___ DAY OF ___September___ 2007.

**EUGENE COETZEE**
**DEPUTY SHERIFF**
**SANDTON-MIDRAND**

I certify that the Deponent has acknowledged that he knows and understands the contents of this declaration, which was sworn to before me and the deponent signature was placed thereon in my presence.

He answered as follows upon being asked the following questions:

Do you know and understand the contents of the above declarations?

Answer : _Yes_____

Do you object to taking the prescribed oath?

Answer : _No_____

Do you consider the prescribed oath binding upon your conscience?

Answer : _Yes_____

_____
**COMMISSIONER OF OATHS**

```
ALETTA CATHERINA MAGRIETA HART
        SHERIFF - RANDBURG
 EX-OFFICIO COMMISSIONER OF OATHS
          9 ST. GILES STREET
            KENSINGTON B
          TEL: (011) 787-5980
```

Sworn to and signed at Sandton on this the _3rd_ day of _September_ 2007.

2