UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APPLIED TECHNOLOGY LIMITED,

                Plaintiff,

-against-

WATERMASTER OF AMERICA, INC,

                Defendant.

No. 07 Civ. 6620 (LTS) (DCF)

### ORDER

        The Court has entered a general pre-trial reference to Magistrate Judge Freeman in the above-captioned matter. Such a reference includes any non-dispositive pretrial motions. On October 29, 2007, Plaintiff filed a Motion to Disqualify Defendant's Counsel. Accordingly, the November 30, 2007, Initial Pre-Trial Conference, and the related submission deadlines, are adjourned *sine die* pending a decision from Judge Freeman on the motion.

        SO ORDERED.

Dated: New York, New York
       October 31, 2007

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 1 2007