AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

### APPEARANCE

Case Number: 1:07-cv-06620

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Watermaster of America, Inc.

I certify that I am admitted to practice in this court.

| 11/2/2007 | *(signature)* |
|---|---|
| Date | Signature |

| Thomas J. FitzGerald | TF-2426 |
|---|---|
| Print Name | Bar Number |

230 Park Avenue, Suite 1847
Address

| New York | NY | 10169 |
|---|---|---|
| City | State | Zip Code |

| (212) 850-6220 | (212) 850-6221 |
|---|---|
| Phone Number | Fax Number |