EXHIBIT A

## NIMS, HOWES, COLLISON, HANSEN & LACKERT

SUITE 3500
605 THIRD AVENUE, NEW YORK, NY 10158
(212) 661-9700
CABLE: NIMS
TELEX: 237665
FACSIMILE: (212) 661-9213
E-MAIL: NIMS.LAW@MEP-I.SPRINT.COM

OLIVER P. HOWES, JR.
WILLIAM R. HANSEN
CLARK W. LACKERT
KAREN P. CLANCY
ELIZABETH ATKINS
THOMAS H. CURTIN
KEITH E. SHARKIN
WILLIAM J. SAPONE

ROBERT L. POWLEY
EDWIN J. LUBIN
ROBERT M. WASNOFSKI, JR.
CATHERINE S. REYNOLDS
LARRY H. TRONCO
RICHARD P. GEORGET

BERT A. COLLISON
IRVING N. STEIN
AUGUST G. MARON
BRUCE J. GROSSMAN
ROBERT P. SCHWARTZ
OF COUNSEL

April 19, 1999
By Facsimile

John Fitter (Fetter)
Fetter & Henderson (Pty) Ltd.
P.O. Box 67080
Bryanston, Johannesburg
2021 South Africa

Re:   TROJAN

Dear Mr. Fitter:

Thank you for your letter of April 18, 1999.

As you know, we have been representing Bob Morris and Watermaster of America, Inc. since 1984. Since Watermaster (U.S.A.) and Watermaster (R.S.A.) are not affiliates but independent trading partners, any client relationship with Watermaster (R.S.A.) and its affiliates must be with the mutual knowledge and agreement of Bob Morris and of you I have spoken by telephone with Bob who agrees and I take from the language in your letter of April 18, 1999 that you also agree.

Thus, we assume representation of you and your various businesses in this matter. We appreciate the confidence you have placed in us.

John Fitter (Fetter)
Fetter & Henderson (Pty) Ltd.                -2-                April 19, 1999

    My Partner, Bill Sapone and I are presently reviewing the materials you have sent as well as the patent and application in question. I am aware of the urgency in this matter. We will revert to you quickly with a proposed course of action.

Very truly yours,

William R. Hansen

56/dsg

**NIMS, HOWES, COLLISON, HANSEN & LACKERT**
605 THIRD AVENUE, SUITE 3500
NEW YORK, NEW YORK 10158

| | |
|---|---|
| **TO:** | Mr. John Fitter (Fetter)<br>Fetter & Henderson (Pty) Ltd. |
| **DEPT./LOCATION:** | Bryanston, Johannesburg |
| **TELECOPIER NO.:** | 011-27-11-463-2379 |
| **FROM:** | William R. Hansen, Esq. |
| **DATE:** | April 19, 1999 |

Number of pages (including this cover page): 3

Our telecopier number is:  (212) 661-9213

Our office number is:  (212) 661-9700

Our e-mail address is:  william.hansen@mep-1.sprint.com

Please contact us if you do not receive all of the pages.

The documents accompanying this transmission contain information from the law firm of Nims, Howes, Collison, Hansen & Lackert which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited, and that the documents should be returned to this firm immediately. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.