EXHIBIT B

## NIMS, HOWES, COLLISON, HANSEN & LACKERT

OLIVER P. HOWES, JR.
WILLIAM R. HANSEN
CLARK W. LACKERT
ELIZABETH ATKINS
THOMAS H. CURTIN
KEITH E. SHARKIN
WILLIAM J. SAPONE

ROBERT L. POWLEY
EDWIN J. LUBIN
ROBERT M. WASNOFSKI, JR.
LARRY H. TRONCO
RICHARD P. GEORGET

605 THIRD AVENUE, SUITE 3500
NEW YORK, NEW YORK 10158

(212) 861-9700
FACSIMILE: (212) 661-9213
E-MAIL: NIMS@NIMSLAW.COM

BERT A. COLLISON
KAREN P. CLANCY
IRVING N. STEIN
AUGUST G. MARON
BRUCE J. GROSSMAN
ROBERT P. SCHWARTZ
ROBERT J. O'HARE
OF COUNSEL

December 21, 1999

Robert T. Morris, Jr.
Watermaster of America, Inc.
c/o Schink
400 East 77th Street, Apt. 6-E
New York, NY 10021

### - STATEMENT -

For services in connection with your corporate, patent and trademark matters in the period July 1, 1999 through November 30, 1999 including:

### APPLICATIONS

Drafting Sections 8 and 15 for NETWORK WATERING SYSTEM (Reg. No. 1,845,449) drafting letter to client regarding same; drafting letter to client requesting specimens for NETWORK WATERING SYSTEMS; letter to Mr. Morris enclosing copy of Patent and Trademark Office Section 8 and 15 acceptance for WATERGENIUS, Regn. No. 1,816,738; reviewing Patent and Trademark Office acceptance of Section 8 and 15 for WATERGENIUS, drafting letter to client regarding same............................................................................ $200.00

### BATTERY WATERING AND "JEFFERSON PROJECT" PATENT MATTERS

conducting Lexis for Patents Nos. 3938066 and 3928066; obtain copy of patent; forward to client; telephone conference with Mr. Morris regarding Jefferson Project; Receive package of material, study for opinion. Telephone conference with Mr. Morris regarding materials from John Fetter in South Africa; Continue review of material. Discuss material with Mr. Morris, work on preliminary claims. Receive additional material, review for preparation of claims. Work on opinion regarding claims conference with WJS regarding golf cart watering patent of J. Fitter, and Jefferson project, meeting with Mr. Fitter, WJS regarding patent issues; Review patent application, meet with Mr. Fitter and discuss patent procedures, review new technology for possible patent application issues with WJS, conduct research, prepare letter to client on ionic solvents, received claims, forwarding new language............................................................................................. 4,580.00

CARRIED FORWARD ............................................................ $4,780.00



Mr. Robert T. Morris, Jr.
Watermaster of America, Inc.        -2-        December 21, 1999

BROUGHT FORWARD ............................................................. $4,780.00

<u>BUSINESS TRANSFER PROJECT</u>
Receiving voice mail message from Mr. Cordy regarding meeting, issues on
immigration and off shore businesses; telephone conference with Mr. Morris
regarding scheduling, telephone conference with John Fetter regarding same,
notes; telephone conference with Mr. Cordy, arranging meeting, telephone
conference with Mr. Fitter regarding same; all travel arrangements made for 9/7
meeting; telephone conference with Mr. Cordy, all arranged, telephone conference
with Mr. Fitter, all arranged, consideration to issues for meeting; meeting with Mr.
Fitter and his wife, Pamela, general discussion, meeting at McDermott, Will &
Emery with Joan Ellen Carpenter regarding immigration issues, notes, conference,
meeting at McDermott for teleconference with Stuart Berkson, R.J. Cordy, Adolf
Garcia regarding tax and business issues relating to becoming U.S. resident, notes, ............ 3,500.00

Total Services ..................................................... $8,280.00

<u>Disbursements</u>
To Colby Attorney Service for
furnishing certificate of Good Standing
and filing application for Authority ............................ $367.75

To McDermott, Will & Emery in connection
with December 9, 1999 meeting with Fetter ................. 450.00

LEXIS research ........................................................... 50.00

Transportation for Mr. and Mrs. Fetter to
McDermott, Will & Emery on September 7, 1999 ........ 327.60

Express courier charge ............................................... 10.71

Miscellaneous expenses including postage,
telephone, stenographic overtime, facsimile
and photocopy charges ............................................... 239.50            1,445.56
                                                                                                                        $9,725.56

9913
56/dsg