EXHIBIT C



WATERMASTER OF AMERICA, INC.   PO Box 20746,   New York, NY   10021-0075
PHONE (212) 452-0802,   TOLL FREE (800) 272-6244,   FAX (212) 452-0817
[e-mail - watermasterdesk@msn.com ]   [web site - www.watermasterusa.com ]

# FAX MEMO   January 17, 2001

| | |
|---|---|
| To: | William Hansen |
| Company: | Nims, Howes, Collison, Hansen & Lackert |
| | 605 Third Avenue |
| | Suite 3500 |
| | New York, NY   10156 |
| Phone: | 212-661-9700 [3007] |
| Fax: | 212-661-9213 |
| | |
| From: | Mr. Robert T. Morris, Jr. |
| Company: | Watermaster of America, Inc. |
| Phone: | 212-452-0802 |
| Fax: | 212-452-0817 |

Subject:   File Multifil

John Fetter has requested that I ask you to register the name Multifil as a trademark for a device to water batteries. Register it to the following company, which John Fetter is associated with.

Applied Technology Ltd.
PO Box 621, Le Gallais Chambers
54 Bath Street
St. Helier, Jersey, JE4 8YD
Channel Islands

Contact person.  Mrs. Bridget Cobbett