EXHIBIT D

FROM :FETTER & HENDERSON PTY LTD.       FAX NO. :+27 11 463-2379       16 Sep. 2007 02:10
           2004 3:23PM                                                            NO. 877    2

Dear John:

As we discussed, on September 1, 2004 we joined Lathrop & Gage L.C. and have opened the Firm's New York Office. We would be pleased to continue to represent you after September 1, 2004, as we have in the past. If you agree, please complete the enclosed letter to Duane Morris LLP instructing them to release your files to Lathrop & Gage.

We have arranged to have movers make the physical switch in the evening of September 8, 2004. If you are able, please forward your instructions of transfer in the form of the attached letter prior to that date, by fax, if possible.

We are excited to be with Lathrop & Gage. The following attorneys will be with the Firm starting on September 1, 2004:

> William R. Hansen
> Elizabeth Atkins
> Bridget A. Short
> Gianfranco G. Mitrione
> Bernadette R. McGlynn
> Bert A. Collison
> Oliver P. Howes, Jr.

Our new office address is:

> 230 Park Avenue, Suite 1847
> New York, New York 10169
> (212) 986-2825

Effective September 17, 2004, you may reach us at:

> (212) 850-6220 (main office number)
> (212) 850-6221 (main fax number)

We will be supplying you with our individual direct telephone numbers and e-mail communication information shortly. Beginning on September 1, 2004 until September 8, 2004, please call Lathrop & Gage main number 1-800-476-4224 and ask the operator to direct your call to Jeanette Linville. Beginning September 9, 2004, you may reach us at (212) 986-2825.

If you have any questions, please call me.

Sincerely yours,

William R. Hansen

William R. Hansen
whansen@lathropgage.com

CC 1325667v1

SEP 16 2007 13:724PM66620JHTSODCF ASDocuments25-5   Filed 11/13/2007   Page 3 of 3

FROM :FETTER & HENDERSON PTY LTD.      FAX NO. :+27 11 463-2379        16 Sep. 2007 02:11    P6

EF. 1 2004  3:23PM                                                    NO. 877   P. 3

# CLIENT AUTHORIZATION FOR RELEASE OF FILES

To:  Gregory P. Gulia, Esq.
DUANE MORRIS LLP
380 Lexington Avenue
New York, NY 10168
Fax   (212) 692-1021

I/We hereby request and authorize you to transfer all of my/our original documents, and such other files as are necessary in the ongoing legal matter(s) in which I/we continue to need legal representation, to William R. Hansen, Esq., Lathrop & Gage, 230 Park Avenue, New York, New York 10169. I/We understand and agree that immediately upon transfer of the files, such other counsel as I/we may designate will be responsible for my/our representation from that time forward and, in the case of litigation, shall enter their appearance and Duane Morris LLP will withdraw as my/our counsel for all purposes in this/these matter(s). I/We acknowledge that services rendered and costs incurred through the date of transfer were rendered and incurred by Duane Morris LLP and that all outstanding fees and expenses due to Duane Morris LLP for services performed or costs incurred prior to the date of transfer, including but not limited to charges for retrieval services for material stored off-site which will be paid in full within 30 days of receipt of any Duane Morris LLP invoice. In the event it should become necessary, it is agreed that Duane Morris LLP may have access to its former files upon reasonable notice. By signing this authorization I, on behalf of the client(s) to which this form relates, agree and acknowledge that as of the date hereof the lawyer-client relationship with Duane Morris LLP has concluded except as may be expressly reserved herein. Such conclusion does not extinguish or modify the obligation(s), if any, concerning fees and expenses. I also understand and agree that any material stored off-site will be retrieved and included in the file transfer authorized by this document.

Date: September 1, 2004

Client Name(s):
By: _____ Johan C Fitter ( Fetter )
Name
Title

(Also for and on behalf of
Fetter & Henderson (Pty) Ltd
Applied Technology Limited )

cc:  By Fax – 416-292-2001
William R. Hansen, Esq.
Lathrop & Gage