EXHIBIT H

**FACSIMILE COVER PAGE**

# JOHNSON & ASSOCIATES

ATTORNEYS AT LAW

950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE (212) 808-9100
FACSIMILE (212) 808-5536

This transmission is intended only for the use of the addressee and may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 212-808-9100. Thank you.

Date:                    **October 5, 2007**

Total pages:             **2**

Deliver to:              **William R. Hansen, Esq.**
Firm/Company:            **Lathrop & Gage, L.C.**
Facsimile number:        **(212) 850-6221**

From:                    **Bruce D. Johnson, Esq.**

Message:

# JOHNSON & ASSOCIATES

Attorneys At Law

950 THIRD AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE (212) 808-9100
FACSIMILE (212) 808-5536

October 5, 2007

William R. Hansen, Esq.
Lathrop & Gage, L.C.
230 Park Avenue, Suite 1847
New York, New York 10169

By Facsimile Only

> Re:   *Applied Technology Limited v. Watermaster of America, Inc*
> *07 CV 6620 (LTS)*

Dear Mr. Hansen:

As you know, Judge Swain does not require pre-motion conferences for motions other than discovery motions. However, we would like to send a letter to Judge Swain asking that she hold a pre-motion conference on the issue of whether you may represent Watermaster of America, Inc. in the above-referenced action, given your representation of Applied Technology Limited, Fetter & Henderson (Pty) Ltd., and John Fetter. We would prefer to be able to represent to the Court that all parties are requesting such a conference. Therefore, we ask that you consent, in writing, to our requesting such a conference and to our sending such a letter.

Very truly yours,

BRUCE D. JOHNSON

```
**  Transmit  Conf. Report  **

P.1                                                    Oct  5          PAGE

| Fax/Phone Number | Mode   | Start   | Time  | Page | Result |        |
|------------------|--------|---------|-------|------|--------|--------|
| 912128085536     | NORMAL | 5.14:25 | 0'26" | 3    | # O K  |        |
```



230 Park Avenue
Suite 1847
New York, NY  10169
(212) 850-6220, Fax  (212) 850-6221

Direct Dial Number                                          www.lathropgage.com

2345 Grand Boulevard              Suite 1050                314 East High Street
Suite 2800                        Franklin Square           Jefferson City, MO 65101
Kansas City, MO 64108-2612        1300 Eye Street, N W       (573) 893-4336, Fax (573) 893-5398
(816) 292-2000, Fax (816) 292-2001  Washington, D C  20005
                                  (202) 962-0032, Fax (202) 962-0357

10851 Mastin Blvd                 370 17th Street            1845 S. National
Building 82, Suite 1000           Suite 4650                 Springfield, MO 65808-4288
Overland Park, KS 66210-2007      Denver, CO 80202-5607      (417) 886-2000, Fax (417) 886-9128
(913) 451-5100, Fax (913) 451-0875  (720) 931-3200, Fax (720) 931-3201

10 SOUTH BROADWAY, Suite 1300     Pierre Laclede Center      4845 Pearl East Circle
St. Louis, MO 63102-1708          7701 Forsyth Boulevard, Suite 400  Suite 300
(314) 613-2500, Fax (314) 613-2550  Clayton, MO 63105         Boulder, CO 80301
                                  (314) 613-2800, Fax (314) 613-2801  (720) 931-3000, Fax (720) 931-3001

                                  October 5, 2007

From:  William R. Hansen                                    Matter No.

| To:              | Company:              | Fax Number:      | Phone Number:    |
|------------------|-----------------------|------------------|------------------|
| Bruce D. Johnson | Johnson & Associates  | (212) 808-5536   | (212) 808-9100   |

*Number of Pages Transmitted* (including this cover sheet)   3



# LATHROP GAGE

230 Park Avenue
Suite 1847
New York, NY 10169
(212) 850-6220, Fax (212) 850-6221

Direct Dial Number:                                                                              www.lathropgage.com

| | | |
|---|---|---|
| 2345 Grand Boulevard<br>Suite 2800<br>Kansas City, MO 64108-2612<br>(816) 292-2000, Fax (816) 292-2001 | Suite 1050<br>Franklin Square<br>1300 Eye Street, N.W.<br>Washington, D.C. 20005<br>(202) 962-0032, Fax (202) 962-0357 | 314 East High Street<br>Jefferson City, MO 65101<br>(573) 893-4336, Fax (573) 893-5398 |
| 10851 Mastin Blvd.<br>Building 82, Suite 1000<br>Overland Park, KS 66210-2007<br>(913) 451-5100, Fax (913) 451-0875 | 370 17th Street<br>Suite 4650<br>Denver, CO 80202-5607<br>(720) 931-3200, Fax (720) 931-3201 | 1845 S. National<br>Springfield, MO 65808-4288<br>(417) 886-2000, Fax (417) 886-9126 |
| 10 SOUTH BROADWAY, Suite 1300<br>St. Louis, MO 63102-1708<br>(314) 613-2500, Fax (314) 613-2550 | Pierre Laclede Center<br>7701 Forsyth Boulevard, Suite 400<br>Clayton, MO 63105<br>(314) 613-2800, Fax (314) 613-2801 | 4845 Pearl East Circle<br>Suite 300<br>Boulder, CO 80301<br>(720) 931-3000, Fax (720) 931-3001 |

October 5, 2007

**From:  William R. Hansen**                                                                      **Matter No.:**

| To: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Bruce D. Johnson | Johnson & Associates | (212) 808-5536 | (212) 808-9100 |

*Number of Pages Transmitted* (including this cover sheet): 3

If you have a problem receiving this facsimile, please call: (212) 850-6220        Fax Attendant: _____

### CONFIDENTIALITY NOTE:

The information in this facsimile message ("fax") is sent by an attorney or his/her agent, Is intended to be confidential and for the use of only the individual or entity named above. The information may be protected by attorney/client privilege, work product immunity or other legal rules. If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited. If you receive this fax in error, please notify us immediately by telephone and return it to the address above. Thank you.



LATHROP
GAGE

William R. Hansen                                          230 Park Avenue
(212) 850-6225                                              Suite 1847
Email: WHANSEN@LATHROPGAGE.COM                              New York, NY 10169
WWW.LATHROPGAGE.COM                                        (212) 850-6220, Fax (212) 850-6221

October 5, 2007

**VIA FACSIMILE**

Bruce D. Johnson
Johnson & Associates
950 Third Avenue
New York, New York 10022

> Re:  **Applied Technology, Ltd. v. Watermaster of America, Inc.**
>      **07-cv-6620 (LTS)**

Dear Mr. Johnson:

I am in receipt of your letter received by facsimile today, October 5, 2007. We respectfully decline to join with you in requesting that Judge Swain entertain a request for a pretrial conference for the purposes set forth in your letter of same date.

To the issue of representation, I believe my representation of Watermaster in this case is proper. I have requested a conference with you to discuss this and other matters relating to the case. In particular, please note the following deadlines:

| | |
|---|---|
| Parties to Meet and Confer: | November 9, 2007 |
| Joint Rule 26(f) Preliminary | |
| Pretrial Statement: | November 23, 2007 |
| Pretrial Conference: | November 30, 2007 |

\*                    \*                    \*

I propose a telephone conference with you on Monday, October 8, 2007 or early October 9, 2007 to discuss the matter.

Bruce D. Johnson
October 5, 2007
Page 2

Very truly yours,

LATHROP & GAGE L.C.

William R. Hansen

WRH/wyc

NYDOCS 53831v1

**FACSIMILE COVER PAGE**

# JOHNSON & ASSOCIATES
### ATTORNEYS AT LAW

950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TELEPHONE (212) 808-9100
FACSIMILE (212) 808-5536

This transmission is intended only for the use of the addressee and may contain privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at 212-808-9100. Thank you.

| | |
|---|---|
| Date: | **October 5, 2007** |
| Total pages: | **2** |
| Deliver to: | **William R. Hansen, Esq.** |
| Firm/Company: | **Lathrop & Gage, L.C.** |
| Facsimile number: | **(212) 850-6221** |
| From: | **Bruce D. Johnson, Esq.** |

Message:

# JOHNSON & ASSOCIATES

Attorneys At Law

950 THIRD AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE (212) 808-9100
FACSIMILE (212) 808-5536

October 5, 2007

William R. Hansen, Esq.
Lathrop & Gage, L.C.
230 Park Avenue, Suite 1847
New York, New York 10169

By Facsimile Only

    Re:  *Applied Technology Limited v. Watermaster of America, Inc*
        *07 CV 6620 (LTS)*

Dear Mr. Hansen:

  We are in receipt of your letter of even date in which you request a telephone conference with me to discuss your continued representation of Watermaster of America, Inc. in the above-referenced action. What do you wish to discuss about that representation by telephone that you have not already stated in your prior correspondence to us?

          Very truly yours,

          BRUCE D. JOHNSON

** Transmit Conf. Report **

P.1                                                         Oct  5       16:4

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 912128085536 | NORMAL | 5,16:24 | 0'24" | 2 | # O K | |



230 Park Avenue
Suite 1847
New York, NY 10169
(212) 850-6220, Fax (212) 850-6221

Direct Dial Number (212) 850-6225

www.lathropgage.com

2345 Grand Boulevard
Suite 2800
Kansas City, MO 64108-2612
(816) 292-2000, Fax (816) 292-2001

Suite 1050
Franklin Square
1300 Eye Street, N.W.
Washington, D.C. 20005
(202) 962-0032, Fax (202) 962-0357

314 East High Street
Jefferson City, MO 65101
(573) 893-4336, Fax (573) 893-5398

10851 Mastin Blvd
Building 82, Suite 1000
Overland Park, KS 66210-2007
(913) 451 5100, Fax (913) 451-0875

370 17th Street
Suite 4650
Denver, CO 80202-5607
(720) 931-3200, Fax (720) 931-3201

1845 S. National
Springfield, MO 65808-4288
(417) 886-2000, Fax (417) 886-9126

10 SOUTH BROADWAY, Suite 1300
St. Louis, MO 63102-1708
(314) 613-2500, Fax (314) 613-2550

Pierre Laclede Center
7701 Forsyth Boulevard, Suite 400
Clayton, MO 63105
(314) 613-2800, Fax (314) 613-2801

4845 Pearl East Circle
Suite 300
Boulder, CO 80301
(720) 931-3000, Fax (720) 931-3001

October 5, 2007

From: William R. Hansen

Matter No.

| To: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Bruce D. Johnson | Johnson & Associates | 212-808-5536 | 212-808-9100 |

Number of Pages Transmitted (including this cover sheet): 2

Message



230 Park Avenue
Suite 1847
New York, NY  10169
(212) 850-6220, Fax  (212) 850-6221

Direct Dial Number (212) 850-6225

www.lathropgage.com

| 2345 Grand Boulevard | Suite 1050 | 314 East High Street |
|---|---|---|
| Suite 2800 | Franklin Square | Jefferson City, MO 65101 |
| Kansas City, MO 64108-2612 | 1300 Eye Street, N.W. | (573) 893-4336, Fax (573) 893-5398 |
| (816) 292-2000, Fax (816) 292-2001 | Washington, D.C. 20005 | |
| | (202) 962-0032, Fax (202) 962-0357 | |

| 10851 Mastin Blvd. | 370 17th Street | 1845 S. National |
|---|---|---|
| Building 82, Suite 1000 | Suite 4650 | Springfield, MO 65808-4288 |
| Overland Park, KS 66210-2007 | Denver, CO 80202-5607 | (417) 886-2000, Fax (417) 886-9126 |
| (913) 451-5100, Fax (913) 451-0875 | (720) 931-3200, Fax (720) 931-3201 | |

| 10 SOUTH BROADWAY, Suite 1300 | Pierre Laclede Center | 4845 Pearl East Circle |
|---|---|---|
| St. Louis, MO 63102-1708 | 7701 Forsyth Boulevard, Suite 400 | Suite 300 |
| (314) 613-2500, Fax (314) 613-2550 | Clayton, MO 63105 | Boulder, CO 80301 |
| | (314) 613-2800, Fax (314) 613-2801 | (720) 931-3000, Fax (720) 931-3001 |

October 5, 2007

From:  **William R. Hansen**                                            **Matter No.:**

| To: | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| Bruce D. Johnson | Johnson & Associates | 212-808-5536 | 212-808-9100 |

*Number of Pages Transmitted* (including this cover sheet):  2

*Message.*

If you have a problem receiving this facsimile, please call: (212) 850-6220      Fax Attendant: _____

**CONFIDENTIALITY NOTE:**

The information in this facsimile message ("fax") is sent by an attorney or his/her agent, Is intended to be confidential and for the use of only the individual or entity named above.  The information may be protected by attorney/client privilege, work product immunity or other legal rules.  If the reader of this message is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this fax is strictly prohibited.  If you receive this fax in error, please notify us immediately by telephone and return it to the address above.  Thank you.



# LATHROP
# GAGE

WILLIAM R. HANSEN
(212) 850-6225
EMAIL: WHANSEN@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

230 PARK AVENUE
SUITE 1847
NEW YORK, NY 10169
(212) 850-6220, FAX (212) 850-6221

October 5, 2007

**VIA FACSIMILE**

Bruce D. Johnson
Johnson & Associates
950 Third Avenue
New York, New York 10022

      Re:    **Applied Technology, Ltd. v. Watermaster of America, Inc.
             07-cv-6620 (LTS)**

Dear Mr. Johnson:

      I note that Judge Swain's rules require a conference between counsel, either in person or by telephone, before a non-discovery motion is to be filed. My request for a conference is in line with the Judge's practice. See Individual Practices of Judge Laura Taylor Swain 2(B). Your previous threats notwithstanding, it would seem to me that you would want to present more information than you have previously on the issue of any prior, limited representation of Applied Technology, Fetter & Henderson and John Fetter.

      Let me know if you want to speak on Monday about your motion, and the other issues in the case.

                        Very truly yours,

                        LATHROP & GAGE L.C.

                        By

                        William R. Hansen

WRH/wyc