EXHIBIT A

FAX TO: BOB MORRIS,    FROM: JOHN FETTER,    DATE: 15 AUGUST, 1999

A few thoughts on our visit. We have been talking about arranging a meeting with Bill Hansen and Bill Sapone, and when I mentioned this to Pat, she indicated that she, too, would like to have a discussion with Bill Hansen, specifically to enquire about the possibility of moving to the USA, and how to organise this, and how this can affect Kim, Neil & Nicholas, and herself and myself.

I would like to suggest that all three of us go over at the allotted time. Then you and I discuss with the two Bills, followed by Pat and myself with Bill Hansen.

Please let me know if this can be arranged.

Regards

# WATERMASTER

WATERMASTER OF AMERICA, INC.,   PO BOX 20746,   NEW YORK, NY 10021-0075
PHONE (212) 452-0802,   TOLL FREE (800) 272-6244,   FAX (212) 452-0817
[e-mail - watermasterdesk@msn.com ]   [web site - www.watermasterusa.com ]

## FAX MEMO                              August 16, 1999

| | |
|---|---|
| To: | William Hansen |
| Company: | Nims, Howes, Collison, Hansen & Lackert |
| | 605 Third Avenue |
| | Suite 3500 |
| | New York, NY  10156 |
| Phone: | 212-661-9700 [3007] |
| Fax: | 212-661-9213 |
| | |
| From: | Mr. Robert T. Morris, Jr. |
| Company: | Watermaster of America, Inc. |
| Phone: | 800-272-6244 |
| Fax: | 727-864-9201 |

Subject:    John Fetter visit 2:30 PM September 7th, 1999.

John has asked that we set up to discuss the following:

1. Trojan patent situation.
2. Jefferson project and patent opportunity.
3. New Golf cart product and patents filed in South Africa.

The above with myself present.

Then John would like to meet with you and Pat Fetter his wife to discuss:

1. Immigration opportunities for their sons, daughter and themselves.
2. US laws regarding offshore business as relates to the above.

While this may not be your area of expertise perhaps you can refer them to the correct person or arrange for that person to attend the meeting.

Regards,
Bob Morris