EXHIBIT B

FROM FETTER & ANDERSON PTY LTD.        FAX NO. :+27 11 463-2379        03 May. 2007 13:41      P1

FAX TO:   ROSIE SCHINK,   FROM:   JOHN FETTER,   DATE:   MAY 3, 2007

Hello Rosie

We are having a bit of an Enron/California situation right here at the moment with the eastern parts of Johannesburg without power since 5:00 Monday morning. Apparently a municipal team putting up the poles for speeding cameras dug into a high tension cable feeding that area, caused all the oil to run out and the cable to go down. No problem, there is a second cable. Unfortunately that had gone down months before and someone figured, why have two if you only need one. The second largest shopping mall in the southern hemisphere is located bang in the middle of this power failure. Their generators held out for a while, then broke down and now the smell of a thousand deepfreezes on the fritz. Our power has been fine but I bought a generator last year because I do not trust these people.

Kim is coming out to see us in July, and is bringing Neve. I do not know how she manages alone with a toddler on the plane. She is confident about it. How are the proud parents doing and how is Emily?

You mentioned you had about 23½ thousand caps at the end of March and also that your lease was up for renewal and would prefer to wait until you knew about a renewal. If sales are a bit slow then your inventory will still be up but if you are selling then it will be necessary to arrange something during the course of this month, the way I work it out. From our side we are overstretched on space and I would prefer to send something sooner rather than later. You might like to let me know.

The batteryvitamin.com domain name directs visitors to the Watermaster5A website. Is there a purpose for doing this? Can I ask you to cut this link so that visitors are less likely to be confused?

Regards

6/1/07

Hello John

We have recently passed the two year anniversary of Bobs' death. Now that the dust has settled, it is a good time to take stock and reflect on the past and the future. It appears I am currently facing that "perfect storm". A synchronistic convergence of events, circumstances and realizations that lead to – in fact – demand change. Since Bob died, I have propped myself up at this desk through the grief, through depression, through illness, doing the job of two, in isolation from 9 in the morning til sometimes 9 at nite, the only company being an old dog and an empty chair. This is not an emotionally healthy or enjoyable way to spend a life.

The lease is up on our warehouse, Karen has reached the age where she can qualify for Social Security, and has informed me that she intends to retire, and I need to address the fact that being involved with the battery watering industry and entrenched in this apt day after day like a prisoner is making me miserable and sick. John, it is also most certainly abundantly clear to both of us that we are not a good match. We pretty much disagree on every aspect of business in general – and certainly on the Watermaster Cap. There is nothing to suggest that either one of us will change our perspective. The purpose of this fax is to advise you that the business of Watermaster will be winding down – and you now have the opportunity to find someone else to sell your product. Someone that you are more in sync with. I also wish to advise you that I intend to let the Watermaster Corporation continue to be in existence during the wind-down period and thereafter in order to permit the continuation of a number of investments.

The staff of Watermaster is disbanding, and none of us will be engaged in representing any of the competing products. I have suggested to Terry that he might want to contact you and perhaps continue to represent your product since he already knows the industry – but I'm afraid he has declined.

Perhaps you already have someone in mind, (that "third person" involvement) you had suggested in a previous fax – if not - it would be appreciated if you would exercise discretion in your search for a replacement representative. A premature notification would no doubt cause some distributors to view the situation as an opportunity to default on their accounts payable. It will be necessary to advise our distributors that we will no longer be providing the Watermaster Cap. Please indicate how you would like me to direct their inquiries regarding their future needs.

We have had a long run, and there is still life in this product, and life in me – but Watermaster was Bob's passion, not mine, and I need to forge my own path in life which necessitates moving on.

Regards, Rosie

FAX TO: ROSIE SCHINK, FROM: JOHN FETTER, DATE: JUNE 2, 2007

---

Hello Rosie

I refer to your fax of 06/01/2007. I am sorry to learn of your decision. During the last conversation I had with Bob he asked that we should continue to work together. I have been putting the product and the business first. I have not broken my promise.

You appear to have overlooked several important obligations. Your company has been purchasing product not from me but Applied Technology Limited and if it is your wish to close down your business they must be advised by you to this effect. Furthermore, there is the matter of the outstanding debt that requires you to contact them. With regards to the points in your penultimate paragraph, you may like to give consideration to providing your customer list in full to the directors of Applied Technology Limited and I am sure they will, in turn, assist me by forwarding same to me.

Business is about business and had your company made appropriate arrangements with Rich Belmont when the time came to do so, we would have been well ahead. As I indicated in my fax of May 18, page 3, half-way down, one does not have to work with "perfect" people in order to make a great success, it has to do with finding the right approach that will bring out the right stuff even from the roughest out there.

Regards

FROM :FETTER & HENDERSON PTY LTD.        FAX NO. :+27 11 463-2379        07 Jun. 2007 15:36    P1

FAX TO:  ROSIE SCHINK,   FROM:  JOHN FETTER,   DATE:  JUNE 7, 2007

Hello Rosie

Following our telephone conversation yesterday I went through the figures given to me by Applied Technology Limited. I am able to keep an accurate running record of the number of invoices that go through because they have to correspond to the number of shipments my company sends, but according to the spreadsheet I received from Applied Technology Limited, your payments are made in tranches and do not necessarily correspond to the numbering sequence of the invoices.

I have seen the following invoices with a portion or total as outstanding: ATLU265, (minor oversight) one cent, (ignore); ATLU270 $ 3138.00; ATLU272 $ 33110.00; ATLU273 $ 88687.50; ATLU276 $ 99330.00; ATLU279 $ 103163.75; ATLU282 $ 102495.00; ATLU284 $ 102395.00; ATLU286 $ 113948.75.

I added this up to give $ 646268.00 but you said the figure is, I do not remember the exact figure, $ 494000.00.

Please let me know how you arrive at your tally.

Regards

06/20/2007 04:34  12124520817    WATERMASTER    PAGE 01
FROM :FETTER & HENDERSON PTY LTD.    FAX NO. :+27 11 463-2379    19 Jun. 2007 17:13    P1

FAX TO: ROSIE SCHINK,  FROM: JOHN FETTER,  JUNE 19, 2007

Hello Rosie

I do not think we misunderstand each other at all. I had been Bob's associate for over 20 years. When he passed away, I heard about it through the grapevine. It was not until I received a scant 24 hours notification ahead of his memorial service, held months later, that gave me an unambiguous measure of you, as a person.

One reflects on these things and I finally decided I had probably misread the situation. Then came the attack that you orchestrated and had used John Amodei. As a rule I do not pay too much attention to the words directed at me at these times — just guff used for effect. But the way you had reacted really got me thinking. It looked like you were trying far too hard to push me away from something.

Honesty does not require explaining, nor does the truth need the ornament of many words.

Regards

John —

▬▬▬▬▬▬▬▬▬▬ - you refused to come to the US to see customers to help resolve critical leaking issues,
What would make one think that you would put yourself on a plane for a 2 hour memorial service that was hastily arranged to accommodate Bob's family's schedule?
Your constant attempts at the assassination of my character have no merit or basis in truth.
There is the owing of monies in both directions, and other issues to discuss. It would be more productive for us to wrap these things up in an adult fashion.

R

RECEIVED JUNE 20
REPLIED JUNE 20

Hello Rosie
You may be surprised when I say to you what an absolute relief it has been for me to receive this kind of reply from you. At least it has opened the way clear for things to be wrapped up in an adult fashion.
Regards