EXHIBIT C

# Amended Complaint Transmittal Cover Sheet

| | |
|---|---|
| **To:** | Watermaster USA, Respondent |
| **From:** | Applied Technology Limited, Complainant |
| **Cc:** | National Arbitration Forum |
| **Date:** | October 25, 2007 |
| **Re:** | BATTERYVITAMIN.COM |

The attached Amended Complaint is being filed against you with the National Arbitration Forum (the "Forum") pursuant to the Uniform Domain Name Dispute Resolution Policy (the "Policy") adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN") on October 24, 1999 and incorporated in your Registration Agreement with the Registrar of your domain name(s). By submitting this Complaint to the Forum, the Complainant agrees to abide and be bound by the provisions of the Policy, the ICANN Rules, and the Forum's Supplemental Rules.

**Until you are notified by the Forum that a proceeding has commenced, you have no duty to act with regard to this Complaint.**

- The Forum will examine the Amended Complaint to determine whether it conforms to the ICANN Policy, Rules, and the Supplemental Rules.

- If the Complaint conforms to those standards, the Forum will forward an official copy of the Complaint to you.

- *Once the official Complaint is forwarded to you,* you will have **twenty (20)** calendar days to submit a Response to both the Forum and the Complainant in accordance with the Policy, Rules, and Supplemental Rules.

- You may seek legal assistance to represent you in this administrative proceeding.

The Policy and Rules governing this proceeding can be found at:

| | |
|---|---|
| ICANN Policy | http://www.icann.org/udrp/udrp-policy-24oct99.htm |
| ICANN Rules | http://www.icann.org/udrp/udrp-rules-24oct99.htm |
| Forum Supplemental Rules | |
| http://domains.adrforum.com/main.aspx?itemID=631&hideBar=False&navID=237&news=26 | |

Alternatively, you may contact the Forum to obtain any of the above documents.

| | |
|---|---|
| Telephone: | (800) 474-2371 or (952) 516-6400 |
| E-mail: | domaindispute@adrforum.com |

*Please provide the Forum with the contact information (mailing address, e-mail address, telephone number) where the official Complaint and other communications in the administrative proceeding should be sent.*



NATIONAL

ARBITRATION

FORUM

| | |
|---|---|
| Applied Technology, Ltd. ) | |
| ) | |
| **(Complainant)** ) | |
| ) | |
| v. ) | **Domain Names In Dispute:** |
| ) | BATTERYVITAMIN.COM |
| Watermaster USA ) | |
| ) | |
| **(Respondent)** ) | |
| _____) | |

### AMENDED COMPLAINT IN ACCORDANCE WITH
### THE UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

[1.]   This Complaint is hereby submitted for decision in accordance with the Uniform Domain Name Dispute Resolution Policy, adopted by the Internet Corporation for Assigned Names and Numbers (ICANN) on August 26, 1999 and approved by ICANN on October 24, 1999 (ICANN Policy), and the Rules for Uniform Domain Name Dispute Resolution Policy (ICANN Rules), adopted by ICANN on August 26, 1999 and approved by ICANN on October 24, 1999, and the National Arbitration Forum (NAF) Supplemental Rules (Supp. Rules). ICANN Rule 3(b)(i).

[2a.]   **COMPLAINANT INFORMATION**

    [a.]   Name:         Applied Technology Ltd.
    [b.]   Address:      Le Gallais Chambers, 54 Bath Street, St. Helier, Jersey JE4 8YD,
                          Channel Islands
    [c.]   Telephone:
    [d.]   Fax:
    [e.]   E-Mail:

[2b.]   **AUTHORIZED REPRESENTATIVE**

    [a.]   Name:         William J. Sapone, Coleman Sudol Sapone P.C.
    [b.]   Address:      714 Colorado Avenue, Bridgeport CT 06605

[c.]    Telephone:    203-366-3560
[d.]    Fax:          203-335-6779
[e.]    E-Mail:       wsapone@colemansudolsapone.com

The Complainant's preferred method for communications directed to the Complainant in the administrative proceeding: ICANN Rule 3(b)(iii).

### Electronic-Only Material
[a.]    Method:     e-mail
[b.]    Address:    wsapone@colemansudolsapone.com
[c.]    Contact:    William J. Sapone

### Material Including Hard Copy
[a.]    Method:        Fax
[b.]    Address/Fax:   203-335-6779
[c.]    Contact:       William J. Sapone

The Complainant chooses to have this dispute heard before a single-member administrative panel. ICANN Rule 3(b)(iv).

[3.]    **RESPONDENT INFORMATION**

[a.]    Name:       WATERMASTER USA
[b.]    Address:    400 East 77th Street, suite 6E, New York, NY 10021
[c.]    Telephone:  (212) 452-0802
[d.]    Fax:        (212) 452-0817
[e.]    E-Mail:     information@watermasterusa.com

[4.]    **DISPUTED DOMAIN NAME(S)**

[a.]    The following domain name(s) is/are the subject of this Complaint: ICANN Rule 3(b)(vi).

BATTERYVITAMIN.COM

[b.]    Registrar Information: ICANN Rule 3(b)(vii).

[i.]     Registrar's Name:    Network Solutions LLC
[ii.]    Registrar Address:   US(United States)-Virginia-King George
[iii.]   Telephone Number:    1.888.642.9675
[iv.]    Fax:                 1.703.608.5959
[v.]     E-Mail Address:      webmaster@NetworkSolutions.com.

2

[c.]   Trademark/Service Mark Information: ICANN Rule 3(b)(viii).

**BATTERYVITAMIN**

| | |
|---|---|
| **Goods and Services** | IC 001. chemical additives for batteries<br>First Use Date: 2000-07-11<br>First Use in Commerce Date: 2002-01-30 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76104019 |
| **Filing Date** | August 5, 2000 |
| **Published for Opposition** | May 29, 2001 |
| **Registration Number** | 2707557 |
| **Registration Date** | April 15, 2003 |
| **Owner** | Applied Technology Limited |

[5.]   **FACTUAL AND LEGAL GROUNDS**

This Complaint is based on the following factual and legal grounds: ICANN Rule 3(b)(ix).

[a.]   The above domain name directly includes the Complainants' Registered Trademark, and implies a direct association with Complainants' battery additive product, when no association exists. ICANN Rule 3(b)(ix)(1); ICANN Policy ¶ 4(a)(i).

[b.]   The Respondent is using the registered U.S. trademark in the domain name to block the Complainant from registering the domain "batteryvitamin.com", as well as to divert customers seeking the BATTERYVITAM products, distributed through Applied Technology Ltd. No licensed products bearing the registered trademark are distributed by Respondent. Watermaster USA is a former distributor of other of Respondents' products, and it is believed that the Respondent is attempting to wrongfully retain the domain so as to confuse customers for Complainants' BATTERYVITAMIN product, and to divert customers and others away from the Complainants' web site BATTERYVITAMIN.NET. While it appears that the web site for the Respondents' domain is under construction, the registered web site title for "battervitamin,com" states: "Welcome to Watermaster USA"; and, the meta description reads: "Welcome to Watermaster of America, Inc. the worlds leading supplier of equipment for automating the battery watering process." (See attachments) Respondent has no rights in the trademark BATTERYVITAMIN, which has been a registered trademark of Complainant, in the United States, since April, 2003. The batteryvitamin.com domain was registered later, in December, 2003. ICANN Rule 3(b)(ix)(2); ICANN Policy ¶ 4(a)(ii).

(i.) Upon information and belief, Respondent's use of the domain name is not in connection with a bona fide offering of goods or services;

(ii.) Respondent has not been commonly known by the domain name; Respondent has not acquired any trademark or service mark rights in BATTERYVITAMIN;

(iii.) Respondent is not making a legitimate noncommercial or fair use of the domain name, and by this registration, demonstrated an intent for commercial gain by diverting consumers to the "watermasterusa.com" web site.

[c.] It is believed that the Respondent has registered or has acquired the domain name primarily for the purpose of disrupting the business of the Complainant, using the domain name containing the trademark BATTERYVITAMIN to intentionally attempt to attract, for commercial gain, Internet users to Respondent's web site. Respondent has created a likelihood of confusion with the Complainant's BATTERYVITAMIN mark as to the source, sponsorship, affiliation, or endorsement of Respondent's web site, and is attempting to direct Internet users to purchase products and services other than Complainants' BATTERYVITAMIN products.

[6.] **REMEDY SOUGHT**

The Complainant requests that the Panel issue a decision that the domain-name registration be transferred to Complainant. ICANN Rule 3(b)(x); ICANN Policy ¶ 4(i).

[7.] **OTHER LEGAL PROCEEDINGS**

**None** ICANN Rule 3(b)(xi).

[8.] **COMPLAINT TRANSMISSION**

The Complainant asserts that a copy of this Complaint, together with the cover sheet as prescribed by NAF's Supplemental Rules, has been sent or transmitted to the Respondent (domain-name holder), in accordance with ICANN Rule 2(b) and to the Registrar(s) of the domain name(s), in accordance with NAF Supp. Rule 4(e). ICANN Rule 3(b)(xii); NAF Supp. Rule 4(c).

[9.] **MUTUAL JURISDICTION**

The Complainant will submit, with respect to any challenges to a decision in the administrative proceeding canceling or transferring the domain name to where the Respondent is located, as shown by the address given for the domain name holder in the Whois Database at the time of the submission of the Complaint to NAF. ICANN Rule 3(b)(xiii).

4

[10.] **CERTIFICATION**

Complainant agrees that its claims and remedies concerning the registration of the domain name, the dispute, or the dispute's resolution shall be solely against the domain-name holder and waives all such claims and remedies against (a) the National Arbitration Forum and panelists, except in the case of deliberate wrongdoing, (b) the registrar, (c) the registry administrator, and (d) the Internet Corporation for Assigned Names and Numbers, as well as their directors, officers, employees, and agents.

Complainant certifies that the information contained in this Complaint is to the best of Complaint's knowledge complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under these Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

Respectfully Submitted,

*[signature]*
William J. Sapone
Attorney for Complainant, Applied Technology Limited
Coleman Sudol Sapone P.C.
714 Colorado Avenue
Bridgeport CT 06605

25 October 2007

**SCHEDULE OF ATTACHMENTS**

Annex 1-UDRP Policy governing this dispute

Annex 2-U.S. Trademark Registration no. 2707557 for BATTERYVITAMIN

Annex 3- Respondents' WHOIS information

Annex 4- Printout of BATTERYVITAMIN.COM relevant link information

Annex 1-UDRP Policy governing this dispute

# Uniform Domain Name Dispute Resolution Policy

Policy Adopted: August 26, 1999
Implementation Documents Approved: October 24, 1999

**Notes:**

1. This policy is now in effect. See www.icann.org/udrp/udrp-schedule.htm for the implementation schedule.

2. This policy has been adopted by all accredited domain-name registrars for domain names ending in .com, .net, and .org. It has also been adopted by certain managers of country-code top-level domains (e.g., .nu, .tv, .ws).

3. The policy is between the registrar (or other registration authority in the case of a country-code top-level domain) and its customer (the domain-name holder or registrant). Thus, the policy uses "we" and "our" to refer to the registrar and it uses "you" and "your" to refer to the domain-name holder.

## Uniform Domain Name Dispute Resolution Policy

(As Approved by ICANN on October 24, 1999)

**1. Purpose.** This Uniform Domain Name Dispute Resolution Policy (the "Policy") has been adopted by the Internet Corporation for Assigned Names and Numbers ("ICANN"), is incorporated by reference into your Registration Agreement, and sets forth the terms and conditions in connection with a dispute between you and any party other than us (the registrar) over the registration and use of an Internet domain name registered by you. Proceedings under Paragraph 4 of this Policy will be conducted according to the Rules for Uniform Domain Name Dispute Resolution Policy (the "Rules of Procedure"), which are available at www.icann.org/udrp/udrp-rules-24oct99.htm, and the selected administrative-dispute-resolution service provider's supplemental rules.

**2. Your Representations.** By applying to register a domain name, or by asking us to maintain or renew a domain name registration, you hereby represent and warrant to us that (a) the statements that you made in your Registration Agreement are complete and accurate; (b) to your knowledge, the registration of the domain name will not infringe upon or

2

otherwise violate the rights of any third party; (c) you are not registering the domain name for an unlawful purpose; and (d) you will not knowingly use the domain name in violation of any applicable laws or regulations. It is your responsibility to determine whether your domain name registration infringes or violates someone else's rights.

**3. Cancellations, Transfers, and Changes.** We will cancel, transfer or otherwise make changes to domain name registrations under the following circumstances:

a. subject to the provisions of Paragraph 8, our receipt of written or appropriate electronic instructions from you or your authorized agent to take such action;

b. our receipt of an order from a court or arbitral tribunal, in each case of competent jurisdiction, requiring such action; and/or

c. our receipt of a decision of an Administrative Panel requiring such action in any administrative proceeding to which you were a party and which was conducted under this Policy or a later version of this Policy adopted by ICANN. (See Paragraph 4(i) and (k) below.)

We may also cancel, transfer or otherwise make changes to a domain name registration in accordance with the terms of your Registration Agreement or other legal requirements.

**4. Mandatory Administrative Proceeding.**

This Paragraph sets forth the type of disputes for which you are required to submit to a mandatory administrative proceeding. These proceedings will be conducted before one of the administrative-dispute-resolution service providers listed at www.icann.org/udrp/approved-providers.htm (each, a "Provider").

**a. Applicable Disputes.** You are required to submit to a mandatory administrative proceeding in the event that a third party (a "complainant") asserts to the applicable Provider, in compliance with the Rules of Procedure, that

(i) your domain name is identical or confusingly similar to a trademark or service mark in which the complainant has rights; and

(ii) you have no rights or legitimate interests in respect of the domain name; and

(iii) your domain name has been registered and is being used in bad faith.

In the administrative proceeding, the complainant must prove that each of these three elements are present.

**b. Evidence of Registration and Use in Bad Faith.** For the purposes of Paragraph 4(a)(iii), the following circumstances, in particular but without limitation, if found by the Panel to be

present, shall be evidence of the registration and use of a domain name in bad faith:

(i) circumstances indicating that you have registered or you have acquired the domain name primarily for the purpose of selling, renting, or otherwise transferring the domain name registration to the complainant who is the owner of the trademark or service mark or to a competitor of that complainant, for valuable consideration in excess of your documented out-of-pocket costs directly related to the domain name; or

(ii) you have registered the domain name in order to prevent the owner of the trademark or service mark from reflecting the mark in a corresponding domain name, provided that you have engaged in a pattern of such conduct; or

(iii) you have registered the domain name primarily for the purpose of disrupting the business of a competitor; or

(iv) by using the domain name, you have intentionally attempted to attract, for commercial gain, Internet users to your web site or other on-line location, by creating a likelihood of confusion with the complainant's mark as to the source, sponsorship, affiliation, or endorsement of your web site or location or of a product or service on your web site or location.

**c. How to Demonstrate Your Rights to and Legitimate Interests in the Domain Name in Responding to a Complaint.** When you receive a complaint, you should refer to Paragraph 5 of the Rules of Procedure in determining how your response should be prepared. Any of the following circumstances, in particular but without limitation, if found by the Panel to be proved based on its evaluation of all evidence presented, shall demonstrate your rights or legitimate interests to the domain name for purposes of Paragraph 4(a)(ii):

(i) before any notice to you of the dispute, your use of, or demonstrable preparations to use, the domain name or a name corresponding to the domain name in connection with a bona fide offering of goods or services; or

(ii) you (as an individual, business, or other organization) have been commonly known by the domain name, even if you have acquired no trademark or service mark rights; or

(iii) you are making a legitimate noncommercial or fair use of the domain name, without intent for commercial gain to misleadingly divert consumers or to tarnish the trademark or service mark at issue.

**d. Selection of Provider.** The complainant shall select the Provider from among those approved by ICANN by submitting the complaint to that Provider. The selected Provider will administer the proceeding, except in cases of consolidation as described in Paragraph 4(f).

**e. Initiation of Proceeding and Process and Appointment of Administrative Panel.** The

Rules of Procedure state the process for initiating and conducting a proceeding and for appointing the panel that will decide the dispute (the "Administrative Panel").

**f. Consolidation.** In the event of multiple disputes between you and a complainant, either you or the complainant may petition to consolidate the disputes before a single Administrative Panel. This petition shall be made to the first Administrative Panel appointed to hear a pending dispute between the parties. This Administrative Panel may consolidate before it any or all such disputes in its sole discretion, provided that the disputes being consolidated are governed by this Policy or a later version of this Policy adopted by ICANN.

**g. Fees.** All fees charged by a Provider in connection with any dispute before an Administrative Panel pursuant to this Policy shall be paid by the complainant, except in cases where you elect to expand the Administrative Panel from one to three panelists as provided in Paragraph 5(b)(iv) of the Rules of Procedure, in which case all fees will be split evenly by you and the complainant.

**h. Our Involvement in Administrative Proceedings.** We do not, and will not, participate in the administration or conduct of any proceeding before an Administrative Panel. In addition, we will not be liable as a result of any decisions rendered by the Administrative Panel.

**i. Remedies.** The remedies available to a complainant pursuant to any proceeding before an Administrative Panel shall be limited to requiring the cancellation of your domain name or the transfer of your domain name registration to the complainant.

**j. Notification and Publication.** The Provider shall notify us of any decision made by an Administrative Panel with respect to a domain name you have registered with us. All decisions under this Policy will be published in full over the Internet, except when an Administrative Panel determines in an exceptional case to redact portions of its decision.

**k. Availability of Court Proceedings.** The mandatory administrative proceeding requirements set forth in Paragraph 4 shall not prevent either you or the complainant from submitting the dispute to a court of competent jurisdiction for independent resolution before such mandatory administrative proceeding is commenced or after such proceeding is concluded. If an Administrative Panel decides that your domain name registration should be canceled or transferred, we will wait ten (10) business days (as observed in the location of our principal office) after we are informed by the applicable Provider of the Administrative Panel's decision before implementing that decision. We will then implement the decision unless we have received from you during that ten (10) business day period official documentation (such as a copy of a complaint, file-stamped by the clerk of the court) that you have commenced a lawsuit against the complainant in a jurisdiction to which the complainant has submitted under Paragraph 3(b)(xiii) of the Rules of Procedure. (In general, that jurisdiction is either the location of our principal office or of your address as shown in our Whois database. See Paragraphs 1 and 3(b)(xiii) of the Rules of Procedure for details.) If we receive such documentation within the ten (10) business day period, we will

5

not implement the Administrative Panel's decision, and we will take no further action, until we receive (i) evidence satisfactory to us of a resolution between the parties; (ii) evidence satisfactory to us that your lawsuit has been dismissed or withdrawn; or (iii) a copy of an order from such court dismissing your lawsuit or ordering that you do not have the right to continue to use your domain name.

**5. All Other Disputes and Litigation.** All other disputes between you and any party other than us regarding your domain name registration that are not brought pursuant to the mandatory administrative proceeding provisions of Paragraph 4 shall be resolved between you and such other party through any court, arbitration or other proceeding that may be available.

**6. Our Involvement in Disputes.** We will not participate in any way in any dispute between you and any party other than us regarding the registration and use of your domain name. You shall not name us as a party or otherwise include us in any such proceeding. In the event that we are named as a party in any such proceeding, we reserve the right to raise any and all defenses deemed appropriate, and to take any other action necessary to defend ourselves.

**7. Maintaining the Status Quo.** We will not cancel, transfer, activate, deactivate, or otherwise change the status of any domain name registration under this Policy except as provided in Paragraph 3 above.

**8. Transfers During a Dispute.**

**a. Transfers of a Domain Name to a New Holder.** You may not transfer your domain name registration to another holder (i) during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded; or (ii) during a pending court proceeding or arbitration commenced regarding your domain name unless the party to whom the domain name registration is being transferred agrees, in writing, to be bound by the decision of the court or arbitrator. We reserve the right to cancel any transfer of a domain name registration to another holder that is made in violation of this subparagraph.

**b. Changing Registrars.** You may not transfer your domain name registration to another registrar during a pending administrative proceeding brought pursuant to Paragraph 4 or for a period of fifteen (15) business days (as observed in the location of our principal place of business) after such proceeding is concluded. You may transfer administration of your domain name registration to another registrar during a pending court action or arbitration, provided that the domain name you have registered with us shall continue to be subject to the proceedings commenced against you in accordance with the terms of this Policy. In the event that you transfer a domain name registration to us during the pendency of a court action or arbitration, such dispute shall remain subject to the domain name dispute policy of the registrar from which the domain name registration was transferred.

**9. Policy Modifications.** We reserve the right to modify this Policy at any time with the permission of ICANN. We will post our revised Policy at <URL> at least thirty (30) calendar days before it becomes effective. Unless this Policy has already been invoked by the submission of a complaint to a Provider, in which event the version of the Policy in effect at the time it was invoked will apply to you until the dispute is over, all such changes will be binding upon you with respect to any domain name registration dispute, whether the dispute arose before, on or after the effective date of our change. In the event that you object to a change in this Policy, your sole remedy is to cancel your domain name registration with us, provided that you will not be entitled to a refund of any fees you paid to us. The revised Policy will apply to you until you cancel your domain name registration.

Annex 2-U.S. Trademark Registration no. 2707557 for BATTERYVITAMIN

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26, and 46

**United States Patent and Trademark Office**

Reg. No. 2,707,557
Registered Apr. 15, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### BATTERYVITAMIN

APPIED TECHNOLOGY LIMITED (CHANNEL ISLANDS COMPANY)
LE GALLAIS CHAMBERS
54 BATH STREET
ST. HELIER, JERSEY, CHANNEL ISLANDS JE4 8YD

FOR: CHEMICAL ADDITIVES FOR BATTERIES, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 7-11-2000; IN COMMERCE 1-30-2002.

SN 76-104,019, FILED 8-5-2000.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY

## Annex 3- Respondents' WHOIS information

WHOIS domain registration information results for batteryvitamin.com from Network So... Page 1 of 2

Visit AboutUs.org for more information about BATTERYVITAMIN.COM AboutUs: BATTERYVITAMIN.COM

**Registrant:**  Make this info private
Watermaster USA
400 East 77th Street, suite 6E
New York, NY 10021
US

**Domain Name:** BATTERYVITAMIN.COM

**Administrative Contact, Technical Contact:**
Watermaster USA
info@watermasterusa.com
400 East 77th Street, suite 6E
New York, NY 10021
US
Phone: 212-452-0802
Fax: 212-452-0817

Record expires on 10-Aug-2010
Record created on 22-Dec-2003
Database last updated on 12-Jul-2007

**Domain servers in listed order:**  Manage DNS
PRODIIS02.COMPUTERCOMPANY.NET     65.215.45.9
PRODIIS01.COMPUTERCOMPANY.NET     65.215.45.2

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 65.215.45.6 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-VIRGINIA-KING GEORGE |
| Record Type: | Domain Name |
| Server Type: | IIS 6 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Welcome to Watermaster USA |
| Meta Description: | Welcome to Watermaster of America, Inc. the world's leading supplier of equipment for automating the battery watering process. |
| Meta Keywords: | battery watering chargers, electric vehicle maintenance, batteries charged, industrial power plant, automating battery water process, watermaster usa |
| Secure: | No |
| E-commerce: | No |

WHOIS domain registration information results for batteryvitamin.com from Network So... Page 2 of 2

Traffic Ranking: Not available
Data as of: 30-Aug-2006

## Annex 4- Printout of BATTERYVITAMIN.COM relevant link information

BATTERYVITAMIN.COM - Yahoo! Search Results        Page 1 of 1

Yahoo!   My Yahoo!   Mail        Welcome Guest (Sign in) Help

**YAHOO! SEARCH**   BATTERYVITAMIN.COM    Web | Images | Video | Local | Directory | more »    Search | Advanced Search

**Directory Results**

No Directory Search results were found.

Showing Web Search results for the term BATTERYVITAMIN.COM:

1. **Welcome to Watermaster USA**
   Welcome to Watermaster of America, Inc. the world's leading supplier of equipment for automating the battery watering process.
   www.batteryvitamin.com

2. **Google PageRank Checker - Check Google page rank of any website**
   Google PageRank Checker is a completely Free tool to check Google PR, page rank of your web site easily and ... www.batteryvitamin.com. 491 :: br-weather. ...
   www.thegooglepagerank.com/sites/b/13

3. **On Board The Vehicle - Watermaster USA**
   Welcome to Watermaster of America, Inc. the world's leading supplier of equipment for automating the battery watering process.
   www.batteryvitamin.com/board.html

See all Yahoo! Web Search results for **BATTERYVITAMIN.COM**

BATTERYVITAMIN.COM    Search



Welcome to Watermaster USA                                                                 Page 1 of 1

