EXHIBIT A

LAW OFFICES OF
# COLEMAN SUDOL SAPONE, P.C.

714 COLORADO AVENUE
BRIDGEPORT, CONNECTICUT 06605-1601
(203) 366-3560

FACSIMILE: (203) 335-6779/6899

HENRY D. COLEMAN, Ph.D.*
R. NEIL SUDOL *
WILLIAM J. SAPONE

COUNSEL
KEVIN J. MCGOUGH°
PAUL S. FEINMAN°
° Not Admitted in Connecticut

COLEMANSUDOLSAPONE.COM

New York City Office
950 Third Avenue, 26th Floor
New York, New York 10022

Mamaroneck, NY Office
434 Mamaroneck Avenue
Mamaroneck, New York 10543

March 14, 2007

SENT VIA FACSIMILE

Watermaster of America, Inc.
P.O. Box 20746
New York, NY 10021-0075

Re: Patent Applications
based on PCT Application No. PCT/US01/08562
For: A METHOD AND APPARATUS FOR
ACHIEVING PROLONGED BATTERY LIFE
Our Ref. No. 9913/9-1342

Dear Sirs,

We have represented John Fitter, one of the owners of the above referenced patent and its' foreign and U.S. counterparts. The second owner was Robert Morris, who was a principal of your company, now deceased. I am writing to you because there are fees presently due for maintaining a number of the patents in this patent family. A listing is enclosed with the upcoming due dates.

We were recently advised by Mr. Fitter that he does not wish to pay the fees which are coming due. However, he would pay 50% if the representative of the estate of Mr. Morris would pay the other 50%.

We are writing to you in an effort to locate the appropriate person to whom this property passed as part of the estate of Mr. Morris or the executor of the estate with authority to act on his behalf. We note that no change in ownership was recorded at the U.S. Patent Office.

If the fees are not paid, these patents will lapse. Any assistance would be appreciated. If there is no interest in maintaining these patents, please let me know so that I may close my files on these matters.

If I do not hear from you, no action will be taken and these patents will be abandoned.

If you have any questions, please feel free to contact me.

Sincerely,

William J. Sapone

WJS/

LAW OFFICES OF
## COLEMAN SUDOL SAPONE, P.C.

714 COLORADO AVENUE
BRIDGEPORT, CONNECTICUT 06605-1601
(203) 366-3580

FACSIMILE: (203) 335-6779/6899

HENRY D. COLEMAN, Ph.D.*
R. NEIL SUDOL*
WILLIAM J. SAPONE

OF COUNSEL:
Kevin J. McGough*
Paul S. Hedman*

* Not Admitted in Connecticut

COLEMANSUDOLSAPONE.COM

New York City Office
950 Third Avenue, Ste. 2602
New York, New York 10022

Westchester, NY Office
81 Pondfield Road, No. 268
Bronxville, New York 10708

22 March 2007

**VIA FACSIMILE**

Ms. Rosalie Schink
Watermaster of America
P.O. Box 20746
New York, NY 10021-0075

> Re: Patent Applications
> based on PCT Application No. PCT/US01/08662
> For: A METHOD AND APPARATUS FOR ACHIEVING
> PROLONGED BATTERY LIFE

Dear Ms. Schink:

Thank you for your letter.

Please send me a copy of your authorization to act as executor of the estate for my records.

The costs are as follows:

| Ref. No. | Patent | Cost | Due Date |
|---|---|---|---|
| 9-1342 AU | Australian Renewal | Approx. $800.00 | 3/19/2007 |
| 9-1342 DE | German Renewal | Approx. $625.00 | 3/31/2007 |
| 9-1342 UK | UK Patent | Approx. $1,800.00 | 3/19/2007 |
| 9-1342 UK-1 | UK Divisional Patent | Approx. $1,800.00 | 3/19/2007 |
| 9-1342 | US Patent | Approx. $700.00 | 4/21/2007 |

While we have passed the initial dates, there is a grace period within which the fees are payable with a surcharge, but these should be paid as soon as possible. The amounts are approximate because the actual cost will depend on the currency exchange rate at the time of payment.