EXHIBIT B

LAW OFFICES OF
# COLEMAN SUDOL SAPONE, P.C.

714 COLORADO AVENUE
BRIDGEPORT, CONNECTICUT 06605-1601
(203) 366-3560

FACSIMILE: (203) 335-6779/6899

HENRY D. COLEMAN, Ph.D.*
R. NEIL SUDOL*
WILLIAM J. SAPONE

OF COUNSEL

KEVIN J. MCJOUOK*
PAUL S. FEINMAN*
BRUCE D. JOHNSON*
* Not Admitted In Connecticut

COLEMANSUDOLSAPONE.COM

New York City Office
950 Third Avenue, Ste. 2602
New York, New York 10022

Westchester, NY Office
81 Pondfield Road, No. 268
Bronxville, New York 10708

25 October 2007

**VIA FEDERAL EXPRESS**

National Arbitration Forum
6465 Wayzata Blvd. #500
St. Louis Park, MN 55426

Re: Applied Technologies Limited v. Watermaster USA
File Number FA 0710001102452

Dear Sirs:

Enclosed are three (3) copies of the Amended Complaint filed on 25 October 2007. Copies have been served on the registrar, by fax, and the respondent by mail and e-mail.

Sincerely,

William J. Sapone

WJS/kcb
Enclosure

Cc: Rosalie Schink, Network Solutions, LLC