EXHIBIT C

# JOHNSON & ASSOCIATES
Attorneys At Law

950 THIRD AVENUE
NEW YORK, NEW YORK 10022

TELEPHONE (212) 808-9100
FACSIMILE (212) 808-5536

November 5, 2007

Mr. Eric Light
Alpine Power Systems, Inc.
24355 Capitol Avenue
Redford, Michigan 48239

<u>By Facsimile and Regular Mail</u>

Re: *Alpine Power Systems, Inc. and Fetter & Henderson (Pty) Ltd.*

Dear Mr. Light:

This firm represents Fetter & Henderson (Pty) Ltd. Mr. John Fetter has provided us with copies of your recent correspondence with him.

Watermaster of America, Inc. is not the exclusive distributor of any products manufactured or sold by Fetter & Henderson (Pty) Ltd. anywhere in the world, including in the United States. Therefore, Alpine Power Systems, Inc. needs no approval from Watermaster of America, Inc. to distribute the "Multifl" watering caps that it recently purchased from Fetter & Henderson (Pty) Ltd. Alpine Power Systems, Inc. has the approval of Fetter & Henderson (Pty) Ltd. to distribute those "Multifl" watering caps to its customers.

Should you have any questions at all regarding the foregoing, please contact the undersigned.

Very truly yours,

BRUCE D. JOHNSON

Cc: William R. Hansen, Esq.