EXHIBIT A

06/01/2007   15:55    12124520817                    WATERMASTER                    PAGE   01

6/1/07                                    •

Hello John

We have recently passed the two year anniversary of Bobs' death. Now that the dust has
settled, it is a good time to take stock and reflect on the past and the future. It appears I
am currently facing that "perfect storm". A synchronistic convergence of events,
circumstances and realizations that lead to – in fact – demand change. Since Bob died, I
have propped myself up at this desk through the grief, through depression, through
illness, doing the job of two, in isolation from 9 in the morning til sometimes 9 at nite,
the only company being an old dog and an empty chair. This is not an emotionally
healthy or enjoyable way to spend a life.

The lease is up on our warehouse, Karen has reached the age where she can qualify for
Social Security, and has informed me that she intends to retire, and I need to address the
fact that being involved with the battery watering industry and entrenched in this apt day
after day like a prisoner is making me miserable and sick. John, it is also most certainly
abundantly clear to both of us that we are not a good match. We pretty much disagree on
every aspect of business in general – and certainly on the Watermaster Cap. There is
nothing to suggest that either one of us will change our perspective. The purpose of this
fax is to advise you that the business of Watermaster will be winding down – and you
now have the opportunity to find someone else to sell your product. Someone that you
are more in sync with. I also wish to advise you that I intend to let the Watermaster
Corporation continue to be in existence during the wind-down period and thereafter in
order to permit the continuation of a number of investments.

The staff of Watermaster is disbanding, and none of us will be engaged in representing
any of the competing products. I have suggested to Terry that he might want to contact
you and perhaps continue to represent your product since he already knows the industry –
but I'm afraid he has declined.

Perhaps you already have someone in mind, (that "third person" involvement) you had
suggested in a previous fax – if not - it would be appreciated if you would exercise
discretion in your search for a replacement representative. A premature notification
would no doubt cause some distributors to view the situation as an opportunity to default
on their accounts payable. It will be necessary to advise our distributors that we will no
longer be providing the Watermaster Cap. Please indicate how you would like me to
direct their inquiries regarding their future needs.

We have had a long run, and there is still life in this product, and life in me – but
Watermaster was Bob's passion, not mine, and I need to forge my own path in life which
necessitates moving on.

Regards,   Rosie