EXHIBIT B

Surrogate's Court of the State of New York
held in and for the County of New York
31 Chambers St. on July 22, 2005

PRESENT: HON. _Eva Preminger_ Surrogate

---

PROBATE PROCEEDING, WILL OF
Robert T. Morris, Jr.

Deceased

---

**DECREE GRANTING PROBATE**

File No. 2005 – 2501

Upon reading and filing the petition for probate and letters testamentary of Rosalie K. Schink, praying for a decree admitting to probate a written instrument or instruments dated February 1, 2005, propounded as the last will and testament of the above named decedent Robert T. Morris, Jr.;

IT IS ORDERED AND DECREED that the instrument offered for probate herein be, and the same hereby is, admitted to probate as the Last Will and Testament of the above named decedent, valid to pass real and personal property, that the will and this decree be recorded and that Letters Testamentary issue to Rosalie K. Schink.

_____
~~SURROGATE~~
Surrogate

NYDOCS 9305v1

ML